

FILED
CLERK, U.S. DISTRICT COURT
OCT 16 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | ED12-382M |
| FERNANDO ROMO | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of __DEFENDANT__, IT IS ORDERED that a detention hearing is set for __THURSDAY__, __OCT. 18__, at __3__ ☐ a.m. / ☒ p.m. before the Honorable __DAVID T. BRISTOW__, in Courtroom __4__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or ~~_____~~ and produced for the hearing.
(Other custodial officer)

Dated: __10/16/12__

_____
U.S. District Judge/Magistrate Judge, David T. Bristow